IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BONNIE WHIGGUM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-CV-442 (MTT) |
| | ) |
| **PROSPER FUNDING, LLC** *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

It is hereby **ORDERED** that:

1. Defendant Experian Information Solutions, Inc.'s stipulated motion for an extension of time (Doc. 6) is **GRANTED**. The deadline for Experian Information Solutions, Inc. to answer or otherwise respond to Plaintiff Bonnie Whiggum's complaint is January 26, 2024.

2. Defendant Equifax, Inc.'s unopposed motion for an extension of time (Doc. 7) is **GRANTED**. The deadline for Equifax, Inc. to answer or otherwise respond to Plaintiff's complaint is January 27, 2024.

**SO ORDERED**, this 30th day of December, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT